IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORRIS ROGERS,<br><br>       Plaintiff,<br><br>  v.<br><br>A. TUCKER, et al.,<br><br>       Defendants<br>_____ | No. C 05-2121 MMC (PR)<br><br>**ORDER DENYING MOTION FOR TEMPORARY RESTRAINING ORDER**<br><br>**(Docket No. 14)** |

Plaintiff, proceeding pro se and currently incarcerated at Salinas Valley State Prison ("SVSP"), filed the above-titled civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff's retaliation claims were found cognizable, and defendants were served by the United States Marshal. Plaintiff was transferred recently to Kern Valley State Prison.

Plaintiff has filed a motion for a temporary restraining order ("TRO") against numerous defendants, all prison officials, seeking to require them to return him to SVSP and to return his personal property to him. Plaintiff has not signed the motion, however. Pursuant to Rule 11 of the Federal Rules of Civil Procedure, every pleading, written motion, or other paper filed in an action shall be signed by the party's attorney or, "if the party is not represented by an attorney, shall be signed by the party." See Fed R. Civ. P. 11(a).    Accordingly, plaintiff's request for a TRO is hereby DENIED, without prejudice to plaintiff's re-filing the motion with the appropriate signature.

This order terminates Docket No. 14.

IT IS SO ORDERED.

DATED: December 21, 2005

_____
MAXINE M. CHESNEY
United States District Judge