IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORRIS ROGERS,<br><br>        Plaintiff,<br><br>  v.<br><br>A. TUCKER, et al.,<br><br>        Defendants<br>_____ | No. C 05-2121 MMC (PR)<br><br>**ORDER DENYING MOTION FOR TEMPORARY RESTRAINING ORDER**<br><br>**(Docket No. 24)** |

     Plaintiff, proceeding pro se and currently incarcerated at Salinas Valley State Prison ("SVSP"), filed the above-titled civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff's retaliation claims were found cognizable, and defendants were served by the United States Marshal. Plaintiff was transferred recently to Kern Valley State Prison.

     Plaintiff has filed a motion for a temporary restraining order ("TRO") against numerous defendants, seeking to require them to return personal property to him. Plaintiff has neither complied with the notice requirement of Rule 65(a)(1) of the Federal Rules of Civil Procedure, nor certified the reasons for his not providing such notice, as required by Rule 65(b) of the Federal Rules of Civil Procedure. Accordingly, plaintiff's request for a TRO or a preliminary injunction is DENIED.

     This order terminates Docket No. 24.

     IT IS SO ORDERED.

DATED: February 6, 2006

_____
MAXINE M. CHESNEY
United States District Judge