IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MORRIS RODGERS,

                  Plaintiff,

  v.

A. TUCKER, et al.,

                  Defendants.

_____/

No. CV-05-2121 MMC (PR)

**JUDGMENT IN A CIVIL CASE**

    **()  Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X)  Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or  heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED** the motion to dismiss the amended complaint is hereby GRANTED, and the above-titled action is hereby DISMISSED as to all defendants. The dismissal is without prejudice to plaintiff's refiling his claims after all available administrative remedies have been exhausted.


Dated: September 10, 2008                    Richard W. Wieking, Clerk

                                          *Tracy Lucero*

                                    By: Tracy Lucero
                                    Deputy Clerk